UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CASE NO. 1:24-mj-62-2 (ZMF) |
| : | |
| WHITNEY JOHNSON : | |
| _____ : | |

## NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel for the defendant, Whitney Johnson, pursuant to the Court's appointment under the Criminal Justice Act (CJA).

Respectfully Submitted,

/s/ *Peter A. Cooper*
―――――――――――――――――
Peter A. Cooper, (#478-082)
400 Fifth Street, NW.
Suite 350
Washington DC 20001
pcooper@petercooperlaw.com
Counsel for Whitney Johnson

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 8th day of March, 2024.

/s/ *Peter A. Cooper*
―――――――――――――――――
Peter A. Cooper